AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CORTNEY TAYLOR,

Plaintiff.

v.

EQUIFAX INFORMATION
SERVICES, LLC,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-139

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered June 1, 2026, Plaintiff's claims against Defendant Equifax Information Services, LLC, are dismissed without prejudice for failure to comply with the Court's directive.  This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

June 4, 2026
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020